IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Wesley R. Tarpley, *et al.*, Plaintiffs | : | Civil Action 2:09-cv-00199 |
| v. | : | Judge Sargus |
| Jefferson County Commissioners, *et al.*, Defendants | : | Magistrate Judge Abel |
| | : | |

## ORDER DISMISSING FOR WANT OF PROSECUTION

Plaintiff Broc Whitfield has failed to respond to defendants Fred Abdalla, Shawn Livingston, and Jason Fogle's August 13, 2010 motion to dismiss (doc. 100). He has also failed to respond to the Court's August 24, 2010 that he show cause why the case should not be dismissed for failure to prosecute. He has also taken no action to prosecute this case within the past 180 days. Defendants Fred Abdalla, Shawn Livingston, and Jason Fogle's August 13, 2010 motion to dismiss (doc. 100) is GRANTED. Accordingly, the Clerk of Court is **DIRECTED** to enter judgment dismissing this case for want of prosecution. Rule 41(b), Fed. R. Civ. P. *See, Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962). S.D. Ohio Civil Rule 55.1(c).

12-10-2010

Edmund A. Sargus, Jr.
United States District Judge