AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**WESLEY R. TARPLEY, et al.,**

       **Plaintiffs,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO. C2-09-199**

**JEFFERSON COUNTY**        **JUDGE EDMUND A. SARGUS, JR.**
**COMMISSIONERS, et al.,**      **MAGISTRATE JUDGE MARK R. ABEL**

       **Defendants.**

   \_\_\_   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

       Pursuant to the Order filed December 10, 2010, JUDGMENT is hereby entered DISMISSING this case for want of prosecution.

Date: December 10, 2010               JAMES BONINI, CLERK

                                                    */S/ Andy F. Quisumbing*
                                                    (By) Andy F. Quisumbing
                                                    Courtroom Deputy Clerk