AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**WESLEY R. TARPLEY, et al.**,

    **Plaintiffs,**

**v.**

**JEFFERSON COUNTY,**
**COMMISSIONERS, et al.,**

    **Defendants.**

**JUDGMENT IN A CIVIL CASE**

CASE NO.  C2-09-0199
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE MARK R. ABEL

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the ORDER filed February 4, 2011, JUDGMENT is hereby entered for Defendants Fred Abdalla, Shawn Livingston, and Jason Fogle with respect to Plaintiff Williams' claims.**

Date: February 4, 2011        JAMES BONINI, CLERK

        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk