AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**WESLEY R. TARPLEY, et al.**,

    **Plaintiffs,**

**v.**

**JUDGMENT IN A CIVIL CASE**

**JEFFERSON COUNTY,**
**COMMISSIONERS, et al.,**

**CASE NO. C2-09-0199**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE MARK R. ABEL**

    **Defendants.**

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

Pursuant to the ORDER filed March 1, 2011, JUDGMENT is hereby entered for Defendants Fred Abdalla, Shawn Livingston, and Jason Fogle with respect to Plaintiff Tarpley's claims.

Date: March 1, 2011                                    JAMES BONINI, CLERK

                                                                           */S/ Andy F. Quisumbing*
                                                                          (By) Andy F. Quisumbing
                                                                          Courtroom Deputy Clerk