IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Wesley R. Tarpley, *et al*, | : | |
| Plaintiffs | : | Civil Action 2:09-cv-00199 |
| v. | : | Judge Sargus |
| Jefferson County Commissioners, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

## ORDER

Plaintiff Wesley R. Tarpley, Jerome Henderson, Ja'Ron S. Williams, Sheldon L. Jackson, and Travis McIntyre, prisoners at the Jefferson County, Ohio Jail, brought this action alleging that the conditions of confinement at the Jail are unconstitutional. No objections have been filed with respect to the Magistrate Judge's December 10, 2010 Report and Recommendation recommending that defendants' August 30, 2010 motion for summary judgment be granted against plaintiff Sheldon Jackson (doc. 149).

For the reasons stated in the Magistrate Judge's Report and Recommendation, the Report and Recommendation is ADOPTED and defendants' August 30, 2010 motion for summary judgment against plaintiff Sheldon Jackson (doc. 115) is GRANTED. The Clerk of Court is DIRECTED to enter JUDGMENT for defendants Fred Abdalla, Shawn Livingston, and Jason Fogle with respect to plaintiff Jackson's claims.

3-1-2011

_____
Edmund A. Sargus
United States District Judge