AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**WESLEY R. TARPLEY, et al.**,

    **Plaintiffs,**

**v.**

**JEFFERSON COUNTY,**
**COMMISSIONERS, et al.,**

    **Defendants.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.  C2-09-0199**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE MARK R. ABEL**

___  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

    Pursuant to the ORDER filed March 1, 2011, JUDGMENT is hereby entered for Defendants Fred Abdalla, Shawn Livingston, and Jason Fogle with respect to Plaintiff Jackson's claims.

Date: March 1, 2011                  JAMES BONINI, CLERK

                                                        /S/ Andy F. Quisumbing
                                                        (By) Andy F. Quisumbing
                                                        Courtroom Deputy Clerk