AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**WESLEY R. TARPLEY, et al.**,

    **Plaintiffs,**

**v.**

**JEFFERSON COUNTY,**
**COMMISSIONERS, et al.,**

    **Defendants.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO. C2-09-0199**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE MARK R. ABEL**

\_\_\_   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the ORDER filed March 1, 2011, JUDGMENT is hereby entered for Defendants Fred Abdalla, Shawn Livingston, and Jason Fogle with respect to Plaintiff Henderson's claims.**

Date: March 1, 2011                                JAMES BONINI, CLERK

                                                  */S/ Andy F. Quisumbing*
                                                  (By) Andy F. Quisumbing
                                                  Courtroom Deputy Clerk