IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Wesley R. Tarpley, *et al*, :

    Plaintiffs : Civil Action 2:09-cv-00199

v. : Judge Sargus

Jefferson County Commissioners, *et al.*, : Magistrate Judge Abel

    Defendants :

## ORDER

Plaintiff Wesley R. Tarpley, Jerome Henderson, Ja'Ron S. Williams, Sheldon L. Jackson, and Travis McIntyre, prisoners at the Jefferson County, Ohio Jail, brought this action alleging that the conditions of confinement at the Jail are unconstitutional. No objections have been filed with respect to the Magistrate Judge's January 7, 2011 Report and Recommendation recommending that defendants' August 30, 2010 motion for summary judgment be granted against plaintiff Travis McIntyre (doc. 157).

For the reasons stated in the Magistrate Judge's Report and Recommendation, the Report and Recommendation is ADOPTED and defendants' August 30, 2010 motion for summary judgment against plaintiff Travis McIntyre (doc. 113) is GRANTED. The Clerk of Court is DIRECTED to enter JUDGMENT for defendants Fred Abdalla, Shawn Livingston, and Jason Fogle with respect to plaintiff McIntyre's claims.

3-1-2011

Edmund A. Sargus
United States District Judge